FILED: APPELLATE DIVISION - 3RD DEPT 01/27/2026 04:39 PM    CV-23-0040

NYSCEF DOC. NO. 151    RECEIVED NYSCEF: 01/27/2026

Exhibit A

251

motion for, you know, Dr. O'Connor as bias in this trial and I just feel like Mr. Broda, kind of, like, wants it both ways. They're avoiding service on the federal lawsuit. If she's is here for testimony in Walker versus Walker, I think her address, her correct address, should be subject to not to avoid service in a federal lawsuit.

MR. BRODA: I don't know what the discussion is in regard to avoiding service.

MS. WALKER: Why would you take the address out?

MR. BRODA: Because the concern is that, frankly, somebody might go to her home and harass her similar to the manner the children were harassed on the first day of school.

MS. WALKER: That is biased by Mr. Broda.

MR. BRODA: I'm allowed to be biased.

MS. SILVA: Dr. O'Connor had directed my client to send his payment to her business address, so perhaps we can use

Camille Robbins, Rensselaer County Court Reporter