Exhibit B

1342

Cross - A. Walker - Broda

court, any higher court in the state or any federal court made an order or decision saying that Supreme Court has made any invalid orders?

A  No, but I did --

Q  Yes or no, ma'am?

A  Do you have to point at me like that? It's really --

Q  Ma'am, please answer the questions as the Court has directed you.

A  Okay. Not that I'm aware.

Q  Okay. Are you aware that orders of a court have to be followed unless some higher court says they're illegal?

A  I don't understand the question.

Q  Okay. Do you understand when a judge makes an order you have to follow it?

A  Yes.

Q  Do you understand that no court having the power to do so has said any Supreme Court orders of this divorce are invalid?

A  Yes.

Q  Hence, you have to follow the Court's orders, correct?

A  Yes.

Camille Robbins, Renssleaer County Court Reporter