Exhibit C

| ᴛᴛ ADA Request Description | 🗓 Date of ADA Request | ⊖ ADA Request Status | Abuse of Process | Deliberate Indifference | Discrimination (Title II) | Discrimination (Title V) | Due Process | Intentional Distress (IED) | Intentional Distress (IIED) | Retaliation |
|---|---|---|---|---|---|---|---|---|---|---|
| Court appointed AFC with authority over child-related participation/processes | 3/2/2021 | N/A | | | | | 1 | | | |
| AFC involvement in requested removal of social media content related to litigation | 8/17/2021 | Retaliated | | | | | | | | 1 |
| AFC supported ex parte family offense relief restricting communication and dissemination | 9/8/2021 | Retaliated | | | | | | | | 1 |
| AFC opposed subpoenas and challenged procedural sufficiency of requested records/evidence | 9/15/2021 | Ignored/Negl… | | 1 | | | 1 | | | |
| AFC opposed proposed subpoenas and challenged procedural sufficiency of requested records | 4/15/2022 | Ignored/Negl… | | 1 | | | 1 | | | |
| AFC recommended continued custodial restrictions and long-term OP through minority. | 5/18/2022 | Ignored/Negle… | | 1 | | | 1 | | | |
| Federal civil-rights complaint filed prior to trial asserting §§1983/1985 and ADA claims | 5/26/2022 | N/A | | 1 | 1 | 1 | 1 | | | |
| AFC engaged in aggressive physical intimidation/spitting during cross-examination | 6/29/2022 | Retaliated | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| AFC trial position letter recommended continued restrictive parenting conditions | 5/18/2022 | Ignored/Negl… | | | | | 1 | | | |
| AFC requested remote testimony accommodation for witness prior to trial | 6/14/2022 | Cherry-picke… | | 1 | 1 | | | | | |
| Disability disclosed on record; no accommodation or interactive-process discussion followed | 6/21/2022 | Ignored/Negl… | | 1 | 1 | | 1 | | | |
| AFC closing statement supported continued custodial restrictions and restrictions on Plaintiff's speech activity | 10/6/2022 | Retaliated | 1 | 1 | | 1 | 1 | 1 | 1 | 1 |
| AFC opposed inclusion of Plaintiff's federal civil-rights and constitutional objections in proposed findings/judgment | 2/7/2023 | Retaliated | | 1 | | | 1 | | 1 | 1 |
| AFC opposition filing referenced Plaintiff's federal lawsuits and advocacy activity in opposing recusal motion | 2/9/2023 | Retaliated | | 1 | | 1 | 1 | | | 1 |
| Formal motion filed seeking AFC disqualification for intimidation, excessive objections, and conflict concerns | 2/16/2023 | Ignored/Negl… | | 1 | | 1 | 1 | 1 | | 1 |
| AFC continued opposing recusal-related applications following federal civil-rights and protected activity filings | 2/28/2023 | Retaliated | | 1 | | 1 | 1 | | | 1 |
| Court denied AFC disqualification despite preserved bias and intimidation allegations; assignment continued through appeal | 3/16/2023 | Ignored/Negl… | | 1 | 1 | 1 | 1 | | | 1 |
| AFC sought continued participation despite preserved intimidation, retaliation, and conflict allegations. | 7/15/2024 | Retaliated | 1 | 1 | | 1 | 1 | 1 | | 1 |
| AFC acknowledged prior federal litigation and continued advocating for restrictions despite disqualification requests. | 8/8/2024 | Retaliated | 1 | 1 | | 1 | 1 | 1 | 1 | 1 |
| AFC opposed extension despite record-access disputes, poor person status, and pro se appellate barriers. | 8/8/2025 | Ignored/Negl… | | 1 | 1 | | 1 | | 1 | 1 |
| AFC filed opposition repeatedly characterizing Plaintiff's filings and appellate activity | 10/17/2025 | Retaliated | | 1 | | 1 | 1 | 1 | 1 | 1 |
| AFC opposed Plaintiff's appellate record motion while emphasizing alleged deficiencies in pro se filing | 11/7/2025 | Retaliated | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| AFC opposed Plaintiff's appellate motions and characterized procedural objections and pro se filings | 1/23/2026 | Retaliated | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| AFC opposed post-judgment and appellate-related motions while repeatedly characterizing Plaintiff's filings | 1/23/2026 | Retaliated | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| AFC opposed Plaintiff's requests for transcripts, appellate relief, and inclusion of post-judgment contempt proceedings | 1/23/2026 | Retaliated | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Attorney General Civil Rights Complaint Filed Against AFC Alleging Disability Discrimination | 1/27/2026 | Ignored/Negl… | | 1 | 1 | 1 | 1 | | | 1 |
| Formal ADA Title II Notice Submitted to OCA Regarding Ongoing Appellate Participation Barriers and AFC Conduct | 1/27/2026 | Ignored/Negl… | | 1 | 1 | 1 | 1 | | | 1 |
| AFC acknowledged repeated motions and proceedings raising intimidation, retaliation, and conflict allegation | 1/30/2026 | Ignored/Negl… | | 1 | | 1 | | | | 1 |
| ADA notice submitted regarding alleged Title V interference and ADA oversight concerns. | 1/30/2026 | Ignored/Negle… | | 1 | 1 | 1 | 1 | | | 1 |
| IG Complaint Filed Alleging ADA Title II / Title V Discrimination, Retaliation, Bias, and Interference by AFC | 2/10/2026 | Ignored/Negl… | | 1 | 1 | 1 | 1 | | | 1 |
| AFC moved to dismiss Plaintiff's appeal while characterizing Plaintiff's filings | 3/13/2026 | Retaliated | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| | | | Abuse of Process | Deliberate Indifference | Discrimination (Title II) | Discrimination (Title V) | Due Process | Intentional Distress (IED) | Intentional Distress (IIED) | Retaliation |
|---|---|---|---|---|---|---|---|---|---|---|
| **Douglas J Broda** | | | | | | | | | | |
| **Attorney for the Children** | | | | | | | | | | |
| **Criminal Counts** | | 137 | 4 | 27 | 15 | 20 | 27 | 11 | 11 | 22 |
| Economic Damages | | $1,060,000 | | | | | | | | |
| Amount for Non-Economic Charges | | | $30,000 | $40,000 | $40,000 | $40,000 | $25,000 | $0 | $50,000 | $0 |
| **Non-Economic Subtotals** | | **$3,825,000** | $120,000 | $1,080,000 | $600,000 | $800,000 | $675,000 | $0 | $550,000 | $0 |
| Pain & Suffering Multiplier | | 5.0 | | | | | | | | |
| Amount for Punitive Charges | | | $50,000 | $75,000 | $0 | $60,000 | $40,000 | $0 | $80,000 | $0 |
| **Punitive Subtotals** | | **$5,385,000** | $200,000 | $2,025,000 | $0 | $1,200,000 | $1,080,000 | $0 | $880,000 | $0 |
| RICO Damage Multiplier | | 3.0 | | | | | | | | |
| **Douglas J Broda** | | | | | | | | | | |
| **Total Damages** | | **$25,570,000** | | | | | | | | |